IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Case No. 1:22-mj-00136-ZMF** |
| : | |
| **TYRONE MCFADDEN, JR.,** : | |
|   **Defendant.** : | |

## NOTICE OF APPEARANCE

COMES NOW,  Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Tyrone McFadden, Jr., *nunc pro tunc* to August 15, 2022, in the above-captioned criminal cause.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2022, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

                                                                                    _____
                                                                                    Allen H. Orenberg